# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records



Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG
**TX 6-167-656**

TX0006167656

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **4**   Day **13**   Year **05**

APPLICATION RECEIVED
**APR 1 3 2005**

DEPOSIT RECEIVED
**APR 1 3 2005**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS   ☑ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

*If no previous registration under identical title, check here* ☐

**OIL DAILY** incorporating ENERGY ALERT                      Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September 2002 | 20 | 1529-4366 | 52 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

(First)  September  3  2002        (Last)  September  30  2002
Month ▲   Day▲   Year▲              Month ▲   Day▲   Year▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*        Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  **Deborah A Brown**

Daytime telephone number  (212) 532-3405 ext 1124

Address (if other than given below)

Fax  212 532-4479    Email  dbrown@energyintel com

DEPOSIT ACCOUNT
Account number  **DA083550**
Name of account  **Energy Intelligence Group**

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown
Number/Street/Apt ▼
5 East 37th Street  5th Floor
City/State/ZIP▼
New York  NY 10016-2807

Complete all necessary spaces
Sign your application
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REC   **TX 6-167-643**

TX0006167643

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 4 | 13 | 05 |

APPLICATION RECEIVED
APR 1 3 2005

ONE DEPOSIT RECEIVED
APR 1 3 2005

FEE RECEIVED

EXAMINED BY   X

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

---

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

**OIL DAILY**   incorporating **ENERGY ALERT**        Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| October 2002 | 23 | 1529-4366 | 52 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month day and year

| | (First) | Month ▲ | Day ▲ | Year ▲ | (Last) | Month ▲ | Day ▲ | Year ▲ |
|---|---|---|---|---|---|---|---|---|
| | | October | 1 | 2002 | | October | 31 | 2002 |

CERTIFICATION*    I, the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Deborah A Brown*

Typed or printed name of signer   Deborah A Brown

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A Brown

Daytime telephone number   ( 212 ) 532 3405 ext 1124

Address (if other than given below) _____

Fax   212-532-4479    Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street 5th Floor

City/State/ZIP ▼
New York NY 10016 2807

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

---

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE

**TX 6-167-642**

TX0006167642

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| | | |
|---|---|---|
| 4 | 13 | 05 |
| Month | Day | Year |

APPLICATION RECEIVED
APR 1 3 2005

EXAMINED BY **JL** | ONE DEPOSIT RECEIVED
APR 1 3 2005

CORRESPONDENCE | FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

*If no previous registration under identical title, check here* ☐

**TITLE OF THIS** ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼       City/State ▼
☑ NEWSLETTER

**OIL DAILY**   incorporating ENERGY ALERT       Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| November 2002 | 19 | 1529-4366 | 52 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

**AUTHOR S CONTRIBUTION (check all that apply)**

☑ Editing       ☐ Compilation       ☑ Text       ☐ Other _____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**  Important  Give month, day  and year

(First) November     1     2002   (Last) November     27     2002
Month ▲     Day ▲     Year ▲       Month ▲     Day ▲     Year ▲

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

☞ Handwritten signature (X) *Deborah A Brown*       Typed or printed name of signer  Deborah A  Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**       **DEPOSIT ACCOUNT**
Name  Deborah A  Brown                                    Account number  DA083550
Daytime telephone number  ( 212 ) 532 3405 ext 1124       Name of account
Address (if other than given below)                       Energy Intelligence Group
Fax  212-532-4479     Email  dbrown@energyintel com

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown
Number/Street/Apt ▼
5 East 37th Street  5th Floor
City/State/ZIP ▼
New York  NY 10016-2807

• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to change  For current fees check the Copyright Office website at www copyright gov, write the Copyright Office or call (202) 707-3000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev  June 2002   ⊕ Printed on recycled paper       U S Government Printing Office  2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REC

**TX 6-167-663**

TX0006167663

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4 / 13 / 05
Month / Day / Year

APPLICATION RECEIVED
APR 1 3 2005

ONE DEPOSIT RECEIVED
APR 1 3 2005

EXAMINED BY

CORRESPONDENCE ☐

FEE RECEIVED

DO NOT WRITE ABOVE THIS LINE

## 1

TITLE OF THIS ☐ NEWSPAPER  ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼        City/State▼

*If no previous registration under identical title, check here ☐*

OIL DAILY   incorporating ENERGY ALERT        Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| December 2002 | 21 | 1529-4366 | 52 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month day and year

| (First) | December | 2 | 2002 | (Last) | December | 31 | 2002 |
|---|---|---|---|---|---|---|---|
| | Month▲ | Day▲ | Year▲ | | Month▲ | Day▲ | Year▲ |

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, and that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*    Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A Brown

Daytime telephone number  ( 212 ) 532-3405 ext 1124

Address (if other than given below)

Fax  212 532-4479    Email  dbrown@energyintel com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn Ms Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street 5th Floor

City/State/ZIP▼
New York NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

000064          000064          000064

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper        U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REC

**TX 6-166-949**

TX0061166949

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
04   15   05
Month   Day   Year

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1

If no previous registration under identical title check here ☐

TITLE OF THIS  ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

OIL DAILY   incorporating ENERGY ALERT   Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| January 2003 | 21 | 1529 4366 | 53 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important  Give month  day  and year

(First) January   2   2003   (Last) January   31   2003
Month ▲   Day ▲   Year ▲   Month ▲   Day ▲   Year ▲

CERTIFICATION*   I  the undersigned  hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten
signature (X) *Deborah A Brown*
Typed or printed
name of signer   Deborah A  Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A  Brown
Daytime telephone number   ( 212 ) 532 3405 ext  1124
Address (if other than given below) _____

Fax   212 532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York  NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ⊕ Printed on recycled paper

U S Government Printing Office  2000-461 113/20 021

000065

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG **TX 6 – 166 – 946**

TX0006166946

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

04 / 15 / 05
Month / Day / Year

**APPLICATION RECEIVED**
APR 15 2005

**ONE DEPOSIT RECEIVED**
APR 15 2005

**FEE RECEIVED**

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ NEWSPAPER  **AS IT APPEARS ON THE COPIES ▼**   City/State▼
☑ NEWSLETTER

OIL DAILY  incorporating ENERGY ALERT   Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| February 2003 | 19 | 1529-4366 | 53 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

**AUTHOR S CONTRIBUTION** (check all that apply)

☑ Editing  ☐ Compilation  ☑ Text  ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**  Important: Give month day and year

(First) February / 3 / 2003   (Last) February / 28 / 2003
Month ▲ / Day▲ / Year▲    Month ▲ / Day▲ / Year▲

**CERTIFICATION**  I the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer  Deborah A  Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A  Brown
Daytime telephone number  ( 212 )  532 3405 ext 1124
Address (if other than given below)

Fax  212 532-4479   Email  dbrown@energyintel com

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown
Number/Street/Apt ▼
5 East 37th Street  5th Floor
City/State/ZIP▼
New York  NY 10016 2807

YOU MUST
Complete all necessary spaces
Sign your application
SEND 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change For current fees check the Copyright Office website at www copyright gov write the Copyright Office or call (202) 707-3000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000  Web Rev June 2002  ⊛ Printed on recycled paper                          U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6-177-492**



TX0006177492

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 04 | 15 | 05 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY _____

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

If no previous registration under identical title, check here ☐

OIL DAILY   incorporating   ENERGY ALERT          Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| March 2003 | 21 | 1529-4366 | 53 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month day and year

| (First) | March | 3 | 2003 | (Last) | March | 31 | 2003 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*          Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A Brown

Daytime telephone number   ( 212 ) 532 3405 ext 1124

Address (if other than given below)

Fax   212 532-4479          Email   dbrown@energyintel com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼   Energy Intelligence Group / Attn Ms Deborah A Brown

Number/Street/Apt ▼   5 East 37th Street 5th Floor

City/State/ZIP ▼   New York NY 10016-2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S.E
Washington D C 20559-6000

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ♻ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RI

**TX 6-166-947**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 04 | 15 | 05 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

DO NOT WRITE ABOVE THIS LINE

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☒ NEWSLETTER

City/State ▼

OIL DAILY   incorporating ENERGY ALERT    Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| April 2003 | 21 | 1529-4366 | 53 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)

☒ Editing          ☐ Compilation          ☒ Text          ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month  day  and year

| (First) | April | 1 | 2003 | (Last) | April | 30 | 2003 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer  Deborah A  Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A  Brown

Daytime telephone number   ( 212 ) 532-3405 ext 1124

Address (if other than given below)

Fax  212 532-4479      Email   dbrown@energyintel com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York  NY 10016 2807

Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress  Copyright Office
101 Independence Avenue S E
Washington  D C  20559-6000

Fees are subject to change For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

17 U S C  §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

000068                                000068                                000068

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE

**TX 6-166-945**

TX0006166945

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

04 / 15 / 05
Month / Day / Year

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS  ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
             ☑ NEWSLETTER

City/State ▼

If no previous registration under identical title, check here ☐

OIL DAILY   incorporating  ENERGY ALERT          Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| May 2003 | 21 | 1529-4366 | 53 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important  Give month day and year

(First) May 1 2003       (Last) May 30 2003
Month ▲ Day ▲ Year ▲           Month ▲ Day ▲ Year ▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the work identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*     Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A Brown
Daytime telephone number  ( 212 ) 532 3405 ext 1124
Address (if other than given below)

Fax  212 532-4479      Email  dbrown@energyintel com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street 5th Floor
City/State/ZIP ▼
New York NY 10016 2807

YOU MUST:
Complete all necessary spaces
Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ☼ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE

**TX 6—167—655**

TX0006167655

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **4**   Day **15**   Year **05**

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**
*If no previous registration under identical title, check here* ☐

TITLE OF THIS ☑ NEWSPAPER AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

OIL DAILY   incorporating ENERGY ALERT

Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| June 2003 | 21 | 1529-4366 | 53 |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

---

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month, day and year

(First) June    2    2003   (Last) June    30    2003
Month ▲   Day ▲   Year ▲          Month ▲   Day ▲   Year ▲

CERTIFICATION* I, the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown
Daytime telephone number   ( 212 ) 532 3405 ext 1124
Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street 5th Floor
City/State/ZIP ▼
New York NY 10016-2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
COPYRIGHT OFFICE

RE    TX 6-226-382

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

04    15    05
Month    Day    Year

**APPLICATION RECEIVED**
APR 15 2005

**ONE DEPOSIT RECEIVED**
APR 15 2005

**FEE RECEIVED**

EXAMINED BY    *me*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State ▼
☑ NEWSLETTER

OIL DAILY    incorporating ENERGY ALERT    Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| July 2003 | 22 | 1529-4366 | 53 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First)   July        1        2003      (Last)   July        31        2003
Month ▲   Day ▲   Year ▲            Month ▲   Day ▲   Year ▲

**CERTIFICATION\***:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*    Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 212 ) 532-3405 ext. 1124
Address (if other than given below)
Fax   212-532-4479    Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE

**TX 6—167—666**

TX00006167666

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4   15   05
Month   Day   Year

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼        City/State ▼
                ☑ NEWSLETTER

If no previous registration under identical title, check here ☐

OIL DAILY   incorporating ENERGY ALERT        Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| August 2003 | 21 | 1529-4366 | 53 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington, DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

(First) August    1    2003    (Last) August    29    2003
       Month ▲   Day ▲   Year ▲          Month ▲   Day ▲   Year ▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*        Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown
Daytime telephone number   ( 212 ) 532-3405 ext 1124
Address (if other than given below)

Fax   212 532-4479        Email   dbrown@energyintel com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street 5th Floor
City/State/ZIP ▼
New York NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-167-657**

TX0006167657

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 7 | 15 | 05 |

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

---

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS ☑ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State▼

OIL DAILY   incorporating ENERGY ALERT          Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September  2003 | 21 | 1529-4366 | 53 |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington  DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

---

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month  day and year

| (First) | Month ▲ | Day▲ | Year▲ | (Last) | Month ▲ | Day▲ | Year▲ |
|---|---|---|---|---|---|---|---|
| | September | 1 | 2003 | | September | 30 | 2003 |

**CERTIFICATION**   I the undersigned  hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown

Daytime telephone number   ( 212 ) 532 3405 ext 1124

Address (if other than given below) _____

Fax   212-532-4479      Email   dbrown@energyintel com

DEPOSIT ACCOUNT
Account number   DA083550

Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP▼
New York  NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  §506(e)  Any person who knowingly makes a false representation  of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records



Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6 – 167 – 658**

TX0006167658

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

Month _____ Day 15  Year 05

**APPLICATION RECEIVED**
APR 15 2005

**ONE DEPOSIT RECEIVED**
APR 15 2005

**FEE RECEIVED**

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

If no previous registration under identical title check here ☐

**TITLE OF THIS**  ☐ NEWSPAPER  ☑ NEWSLETTER  **AS IT APPEARS ON THE COPIES ▼**

**City/State▼**

OIL DAILY   incorporating  ENERGY ALERT       Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| October 2003 | 23 | 1529-4366 | 53 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005-2150

**AUTHOR S CONTRIBUTION** (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month day and year

| (First) | October | 1 | 2003 | (Last) | October | 31 | 2003 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

**CERTIFICATION**   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Deborah A Brown_

Typed or printed name of signer  Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A Brown
Daytime telephone number   ( 212 ) 532 3405 ext 1124
Address (if other than given below) _____

Fax   212-532-4479     Email   dbrown@energyintel com

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

**Certificate will be mailed in window envelope to this address**

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP▼
New York  NY 10016-2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ☮ Printed on recycled paper                    U S Government Printing Office  2000-461 113/20 021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGI

**TX 6-166-948**

T0806166940

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
**4 - 15 - 05**
Month    Day    Year

APPLICATION RECEIVED
APR 15 2005
ONE DEPOSIT RECEIVED
APR 15 2005
FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

### 1

TITLE OF THIS ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼
☐ NEWSLETTER

City/State ▼

If no previous registration under identical title, check here ☐

OIL DAILY    incorporating ENERGY ALERT         Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| November 2003 | 18 | 1529-4366 | 53 |

### 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other

### 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month day and year

(First) November        3        2003    (Last) November        26        2003
       Month ▲      Day ▲      Year ▲          Month ▲      Day ▲      Year ▲

CERTIFICATION   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*       Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A Brown

Daytime telephone number  ( 212 )  532 3405 ext 1124

Address (if other than given below)

Fax  212 532-4479       Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington D C  20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ⊕ Printed on recycled paper          U S Government Printing Office  2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGI

**TX 6-167-665**

TX0006167665

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

**4    15    05**
Month   Day   Year

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼         City/State▼
☐ NEWSLETTER

If no previous registration under identical title, check here ☐

OIL DAILY    incorporating  ENERGY ALERT                    Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| December  2003 | 21 | 1529-4366 | 53 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month day and year

(First) December      1      2003     (Last) December      31      2003
        Month ▲    Day▲    Year▲            Month ▲    Day▲    Year▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*     Typed or printed name of signer  Deborah A  Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A  Brown

Daytime telephone number  ( 212 )  532-3405 ext 1124

Address (if other than given below)

Fax  212 532-4479     Email  dbrown@energyintel com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP▼
New York  NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fee are subject to change For current fees check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000

17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ☐ Printed on recycled paper                  U S Government Printing Office  2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## Form G/DN
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6-167-652**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4 / 15 / 05
Month   Day   Year

APPLICATION RECEIVED
APR 15 2005

EXAMINED BY

CORRESPONDENCE ☐

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS   ☐ NEWSPAPER   ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼   City/State▼

*If no previous registration under identical title, check here* ☐

**OIL DAILY**   incorporating ENERGY ALERT   Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| January 2004 | 19 | 1529-4366 | 54 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month day and year

(First) January   5   2004   (Last) January   30   2004
Month ▲   Day▲   Year▲          Month ▲   Day▲   Year▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown
Daytime telephone number   (212   ) 532 3405 ext 1124
Address (if other than given below)

Fax   212 532-4479   Email   dbrown@energyintel com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street 5th Floor
City/State/ZIP▼
New York NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REF

**TX 6-167-651**

TX0006167651

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4 / 15 / 05
Month / Day / Year

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

| TITLE OF THIS | ☑ NEWSPAPER | AS IT APPEARS ON THE COPIES ▼ | City/State ▼ |
|---|---|---|---|
| *If no previous registration under identical title, check here* ☐ | ☐ NEWSLETTER | | |

OIL DAILY   incorporating ENERGY ALERT     Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| February 2004 | 19 | 1529-4366 | 54 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

(First) February | 2 | 2004      (Last) February | 27 | 2004
Month ▲ | Day ▲ | Year ▲           Month ▲ | Day ▲ | Year ▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*      Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown
Daytime telephone number   ( 212 ) 532 3405 ext 1124
Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

| Certificate will be mailed in window envelope to this address | Name ▼ Energy Intelligence Group / Attn Ms Deborah A Brown |
| | Number/Street/Apt ▼ 5 East 37th Street 5th Floor |
| | City/State/ZIP ▼ New York NY 10016 2807 |

Fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress   Copyright Office
101 Independence Avenue SE
Washington 40526 or 20559-6000

Complete all necessary spaces
Sign your application

17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

000078                                    000078                                    000078

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-167-649**

T0X6167649M

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4      15      05
Month      Day      Year

APPLICATION RECEIVED
APR 15 2005

ONE DEPOSIT RECEIVED
APR 15 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼                          City/State ▼
                ☑ NEWSLETTER

If no previous registration under identical title, check here ☐

OIL DAILY   incorporating ENERGY ALERT                          Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| March 2004 | 23 | 1529-4366 | 54 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

| (First) | March | 1 | 2004 | (Last) | March | 31 | 2004 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Deborah A Brown*      Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM                DEPOSIT ACCOUNT

Name   Deborah A Brown                                              Account number   DA083550

Daytime telephone number   ( 212 ) 532-3405 ext 1124               Name of account

Address (if other than given below)                                 Energy Intelligence Group

Fax   212-532-4479      Email   dbrown@energyintel com

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York  NY 10016-2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO
Library of Congress  Copyright Office
101 Independence Avenue S E
Washington  D C  20559-6000

Fees are subject to change For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707 3000

17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

000079                                000079                                000079

Rev June 2002—20 000   Web Rev  June 2002   ⊕ Printed on recycled paper                U S Government Printing Office  2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-052-766**

TX0006052766

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

09 / 13 / 04
Month / Day / Year

APPLICATION RECEIVED
SEP 13 2004

ONE DEPOSIT RECEIVED
SEP 13 2004

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1**
If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER AS IT APPEARS ON THE COPIES ▼ ☑ NEWSLETTER

City/State ▼

**OIL DAILY** incorporating **ENERGY ALERT**

Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| April 2004 | 21 | 1529-4366 | 54 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing ☐ Compilation ☑ Text ☐ Other_____

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (First) | April | 1 | 2004 | (Last) | April | 30 | 2004 |
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A Brown

Daytime telephone number   (212) 532-3405 ext 1124

Address (if other than given below) _____

Fax   212 532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street 5th Floor

City/State/ZIP ▼
New York NY 10016-2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

000080   000080

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-052-764**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

**09   13   04**
Month   Day   Year

APPLICATION RECEIVED
SEP 13 2004

EXAMINED BY

CORRESPONDENCE

ONE DEPOSIT RECEIVED
SEP 13 2004

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

**1** If no previous registration under identical title, check here □

TITLE OF THIS ☒ NEWSPAPER / ☒ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼   City/State ▼

OIL DAILY   incorporating ENERGY ALERT   Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| May 2004 | 20 | 1529-4366 | 54 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington, DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)
☒ Editing   ☐ Compilation   ☒ Text   ☐ Other_____

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

(First) May   3   2004   (Last) May   28   2004
Month ▲   Day ▲   Year ▲       Month ▲   Day ▲   Year ▲

CERTIFICATION* I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah G Brown*   Typed or printed name of signer Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name Deborah A Brown
Daytime telephone number (212) 532 3405 ext 1124
Address (if other than given below)
Fax 212 532-4479   Email dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number DA083550
Name of account Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼ Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼ 5 East 37th Street 5th Floor
City/State/ZIP ▼ New York NY 10016 2807

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

000087   000081   000081

Rev June 2002—20 000   Web Rev June 2002   ☺ Printed on recycled paper   U S Government Printing Office 2000-461 113/20 021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-052-767**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

09 / 13 / 04
Month / Day / Year

APPLICATION RECEIVED
SEP 13 2004

ONE DEPOSIT RECEIVED
SEP 13 2004

FEE RECEIVED

EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

**1**
If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER    AS IT APPEARS ON THE COPIES ▼           City/State ▼

OIL DAILY    incorporating ENERGY ALERT                Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| June 2004 | 22 | 1529-4366 | 54 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other_____

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day and year

(First) June / 1 / 2004    (Last) June / 30 / 2004
Month ▲ / Day ▲ / Year ▲         Month ▲ / Day ▲ / Year ▲

CERTIFICATION* I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*    Typed or printed name of signer   Deborah A  Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A  Brown

Daytime telephone number   (212  ) 532 3405 ext 1124

Address (if other than given below)

Fax   212-532-4479    Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York  NY 10016-2807

Complete all necessary spaces
Sign your application

1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

Library of Congress, Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

17 U.S.C. §505(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ⊛ Printed on recycled paper                U.S. Government Printing Office  2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-052-513**

TX6060523130

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

**09**  **13**  **04**
Month   Day   Year

APPLICATION RECEIVED
SEP 13 2004

ONE DEPOSIT RECEIVED
SEP 13 2004

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS  ☐ NEWSPAPER  **AS IT APPEARS ON THE COPIES ▼**       City/State▼
☐ NEWSLETTER

If no previous registration under identical title, check here ☐

**OIL DAILY**    incorporating **ENERGY ALERT**              **Washington, DC**

Month and year date on copies ▼    Number of issues in this group ▼    ISSN▼    Edition▼
**July 2004**               **21**               **1529-4366**   **54**

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

(First)  **July**      **1**        **2004**   (Last)  **July**      **30**       **2004**
Month ▲   Day▲   Year▲          Month ▲   Day▲   Year▲

CERTIFICATION* I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*       Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT
Name  **Deborah A. Brown**                         Account number  **DA083550**
Daytime telephone number  **(212  ) 532-3405 ext  1124**       Name of account
Address (if other than given below)                  **Energy Intelligence Group**

Fax  **212 532-4479**     Email  **dbrown@energyintel.com**

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016 2807

Complete all necessary spaces
Sign your application

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

17 U S C §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.

000083                                  000083                                  000083

Rev June 2002—20 000  Web Rev June 2002  ● Printed on recycled paper                U.S. Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-052-765**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

09 / 13 / 04
Month / Day / Year

APPLICATION RECEIVED
SEP 13 2004

ONE DEPOSIT RECEIVED
SEP 13 2004

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER AS IT APPEARS ON THE COPIES ▼                                      City/State ▼

If no previous registration under identical title check here ☐

OIL DAILY        incorporating ENERGY ALERT                                Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| August 2004 | 22 | 1529-4366 | 54 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP  Important Give month, day and year

(First) August    2    2004    (Last) August    31    2004
Month ▲  Day ▲  Year ▲          Month ▲  Day ▲  Year ▲

CERTIFICATION*    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

☞ Handwritten signature (X) *Deborah A Brown*        Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A Brown

Daytime telephone number  (212  ) 532 3405 ext 1124

Address (if other than given below)

Fax  212 532-4479    Email  dbrown@energyintel com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account  Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York NY 10016-2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress, Copyright Office
101 Independence Avenue B E
Washington, D C  20559-6000

17 U S C  §500(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ♻ Printed on recycled paper                U S  Government Printing Office  2000-461 113/20 021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-052-758**

TX0006052758

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 11 | 09 | 04 |
|---|---|---|
| Month | Day | Year |

**APPLICATION RECEIVED**
NOV 0 9 2004

**ONE DEPOSIT RECEIVED**
NOV 0 9 2004

**FEE RECEIVED**

EXAMINED BY

CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE

**1** TITLE OF THIS ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼          City/State▼
☐ NEWSLETTER

*If no previous registration under identical title, check here* ☐

| OIL DAILY | incorporating ENERGY ALERT | | Washington  DC |
|---|---|---|---|

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September 2004 | 21 | 1529-4366 | 6 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day  and year

(First)
| September | 1 | 2004 |
|---|---|---|
| Month ▲ | Day▲ | Year▲ |

(Last)
| September | 30 | 2004 |
|---|---|---|
| Month ▲ | Day▲ | Year▲ |

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*          Typed or printed name of signer   Deborah A  Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT

Name   Deborah A  Brown

Daytime telephone number   (212   ) 532-3405 ext 1124

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

Account number   DA083550

Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

| Name▼ |
|---|
| Energy Intelligence Group / Attn  Ms  Deborah A  Brown |
| Number/Street/Apt ▼ |
| 5 East 37th Street  5th Floor |
| City/State/ZIP▼ |
| New York  NY 10016-2807 |

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

000085                                     000085                                     000085

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below  The information on this certificate has
been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-052-761**

TX0006052761

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 11 | 09 | 04 |
|----|----|----|
| Month | Day | Year |

**APPLICATION RECEIVED**
NOV 09 2004

**ONE DEPOSIT RECEIVED**
NOV 09 2004

**FEE RECEIVED**

EXAMINED BY *mc*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS**  ☐ NEWSPAPER  ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼      City / State ▼

**OIL DAILY**        incorporating ENERGY ALERT                Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| October 2004 | 21 | 1529-4366 | 6 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005 2150

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month, day  and year

(First) October     1     2004      (Last) October     29     2004
Month ▲        Day ▲        Year ▲            Month ▲        Day ▲        Year ▲

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*        Typed or printed name of signer  Deborah A  Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A  Brown

Daytime telephone number  (212  ) 532-3405 ext  1124

Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

**DEPOSIT ACCOUNT**

Account number  DA083550

Name of account  Energy Intelligence Group

Certificate will be mailed in window envelope to this address

| Name ▼ | Energy Intelligence Group / Attn  Ms  Deborah A  Brown |
|---|---|
| Number/Street/Apt ▼ | 5 East 37th Street  5th Floor |
| City/State/ZIP ▼ | New York  NY 10016-2807 |

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress, Copyright Office
101 Independence Avenue  S E
Washington, D C  20559-6000

17 U S C §505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

000086                              000086

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper          U.S. Government Printing Office  2000-461 113/20 021

2005 14 13/ST 14 11/NO 6306959255 P   3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

144 000907

**Form G/DN**
For Group/Daily Newspapers and Newsletters

REG   **TX 6-099-059**

1000006099059

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 01 | 19 | 05 |
|---|---|---|
| Month | Day | Year |

**APPLICATION RECEIVED**
JAN 19 2005

**ONE DEPOSIT RECEIVED**
JAN 19 2005

**FEE RECEIVED**

EXAMINED BY   *me*

CORRESPONDENCE ☑

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

**TITLE OF THIS** ☐ NEWSPAPER   **AS IT APPEARS ON THE COPIES ▼**       **City/State ▼**
☑ NEWSLETTER

If no previous registration under identical title check here ☐

| TITLE | | City/State |
|---|---|---|
| OIL DAILY | incorporating ENERGY ALERT | Washington DC |

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| November 2004 | 20 | 1529-4366 | 6 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1401 New York Ave  NW #500
Washington  DC 20005-2150

**AUTHOR'S CONTRIBUTION (check all that apply)**
☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month, day and year

| (First) | November | 1 | 2004 | (Last) | November | 30 | 2004 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

**CERTIFICATION*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*      Typed or printed name of signer  Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A Brown

Daytime telephone number   (212)  532 3405 ext 1124

Address (if other than given below)

Fax   212 532-4479      Email   dbrown@energyintel com

**DEPOSIT ACCOUNT**

Account number   DA083550

Name of account   Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Energy Intelligence Group / Attn  Ms  Deborah A  Brown |
| Number/Street/Apt ▼ |
| 5 East 37th Street  5th Floor |
| City/State/ZIP ▼ |
| New York  NY 10016 2807 |

**YOU MUST:**
Complete all necessary spaces
Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to change. For current fees, check at the Copyright Office website at www.copyright.gov or call (202) 707-3000

0000 *17 U S C §506(e)* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

2005 14 14/ST 14 11/NO 6306969255 P 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

TX 6-099-058



**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 01 | 19 | 05 |
|---|---|---|
| Month | Day | Year |

**APPLICATION RECEIVED**
JAN 19 2005

EXAMINED BY

CORRESPONDENCE

**ONE DEPOSIT RECEIVED**
JAN 19 2005

**FEE RECEIVED**

---

**DO NOT WRITE ABOVE THIS LINE**

**1**
If no previous registration under identical title check here ☐

TITLE OF THIS ☐ NEWSPAPER ☐ NEWSLETTER    AS IT APPEARS ON THE COPIES ▼    City/State ▼

OIL DAILY    incorporating ENERGY ALERT    Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| December 2004 | 21 | 1529-4366 | 6 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day and year

(First) December    1    2004    (Last) December    30    2004
Month▲    Day▲    Year▲    Month▲    Day▲    Year▲

CERTIFICATION* I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer    Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name    Deborah A Brown
Daytime telephone number    (212) 532 3405 ext 1124
Address (if other than given below)
Fax    212 532-4479    Email    dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number    DA083550
Name of account    Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street 5th Floor
City/State/ZIP▼
New York NY 10016-2807

YOU MUST:
Complete all necessary spaces
Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress Copyright Office
101 Independence Avenue S E
Washington DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.

000088    000088

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters

REGISTRA   **TX 6-152-002**

*TX0006152002*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **3**   Day **11**   Year **05**

APPLICATION RECEIVED
MAR 11 2005

ONE DEPOSIT RECEIVED
MAR 11 2005

FEE RECEIVED

EXAMINED BY   *dub*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼      City / State ▼
☑ NEWSLETTER

If no previous registration under identical title, check here ☐

**OIL DAILY**   incorporating **ENERGY ALERT**      Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| January 2005 | 20 | 1529-4366 | 55 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First)   January   3   2005      (Last)   January   31   2005
Month ▲   Day ▲   Year ▲      Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*      Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   (212) 532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account   Energy Intelligence Group

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

Certificate will be mailed in window envelope to this address

Name ▼   Energy Intelligence Group / Attn: Ms. Deborah A Brown
Number/Street/Apt ▼   5 East 37th Street, 5th Floor
City/State/ZIP ▼   New York, NY 10016-2807

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

000089                           000089                           000089

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                           U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-185-812**

*TX0006185812*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
*Mar 11 2005*
Month       Day       Year

APPLICATION RECEIVED
MAR 11 2005

ONE DEPOSIT RECEIVED
MAR 11 2005

FEE RECEIVED

EXAMINED BY  AT

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼                    City/State ▼
☑ NEWSLETTER

*If no previous registration under identical title check here ☐*

OIL DAILY        incorporating ENERGY ALERT                    Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| February 2005 | 19 | 1529-4366 | 55 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month day and year

(First) February      1      2005    (Last) February      28      2005
Month ▲       Day ▲       Year ▲           Month ▲       Day ▲       Year ▲

CERTIFICATION*   I, the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X)  *Deborah A Brown*        Typed or printed   Deborah A Brown
                                         name of signer

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM        DEPOSIT ACCOUNT
Name   Deborah A Brown                                       Account number  DA083550
Daytime telephone number  (212  ) 532-3405 ext 1124          Name of account
Address (if other than given below)                          Energy Intelligence Group

Fax   212-532-4479        Email   dbrown@energyintel.com

YOU MUST:
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to change  For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn, Ms  Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

*17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

000090                                        000090                                        000090

Rev June 2002—20 000   Web Rev June 2002   ⊚ Printed on recycled paper                    U S Government Printing Office 2000-461 113/20 021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG **TX 6-167-638**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

5 - 5 - 05
Month   Day   Year

APPLICATION RECEIVED
MAY 05 2005   6-20-05

ONE DEPOSIT RECEIVED
MAY 05 2005   6-20-05

FEE RECEIVED

EXAMINED BY TDL ✓
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

---

**1**

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

*If no previous registration under identical title check here ☐*

OIL DAILY   incorporating ENERGY ALERT   Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| March 2005 | 22 | 1529 4366 | 55 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington DC 20005 2150

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month day and year

(First) March   1   2005   (Last) March   31   2005
Month ▲   Day▲   Year▲   Month ▲   Day▲   Year▲

CERTIFICATION*   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge

☞ Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM   DEPOSIT ACCOUNT

Name   Deborah A Brown   Account number   DA083550
Daytime telephone number   (212)   532 3405 ext 1124   Name of account   Energy Intelligence Group
Address (if other than given below)

Fax   212 532-4479   Email   dbrown@energyintel com

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn Ms Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street 5th Floor

City/State/ZIP▼
New York NY 10016 2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

---

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000 Web Rev June 2002 ⊕ Printed on recycled paper   U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-176-605**

*TX00061766805*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

5 - 5 - 05
Month   Day   Year

APPLICATION RECEIVED
MAY 05 2005

EXAMINED BY   TEL ✓

ONE DEPOSIT RECEIVED
MAY 05 2005

CORRESPONDENCE ☐

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER AS IT APPEARS ON THE COPIES ▼   ☑ NEWSLETTER

City/State▼

If no previous registration under identical title, check here ☐

OIL DAILY   incorporating ENERGY ALERT   Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| April 2005 | 21 | 1529-4366 | 55 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (First) | April | 1 | 2005 | (Last) | April | 28 | 2005 |
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 212 ) 532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper
U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6-172-297**

TX0006172297

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

*June* 07 *2005*
Month   Day   Year

APPLICATION RECEIVED
JUN 0 7 2005

ONE DEPOSIT RECEIVED
JUN 0 7 2005

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State ▼
              ☑ NEWSLETTER

If no previous registration under identical title check here ☐

**OIL DAILY** incorporating ENERGY ALERT   Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| May 2005 | 21 | 1529-4366 | 55 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) May   2   2005   (Last) May   31   2005
Month ▲   Day ▲   Year ▲          Month ▲   Day ▲   Year ▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown
Daytime telephone number   ( 212 ) 532 3405 ext 1124
Address (if other than given below)

Fax   212 532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

DEPOSIT   Complete all necessary spaces   Fees are subject to change. For current fees check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street 5th Floor

City/State/ZIP ▼
New York NY 10016-2807

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

000093   000093   000093

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGI **TX 6-206-684**

*TX0006206684*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
July 18 2005
Month   Day   Year

APPLICATION RECEIVED
JUL 18 2005

ONE DEPOSIT RECEIVED
JUL 18 2005

FEE RECEIVED

EXAMINED BY *me*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

If no previous registration under identical title, check here ☐

**OIL DAILY**   incorporating ENERGY ALERT   Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| June 2005 | 22 | 1529-4366 | 55 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) June   1   2005   (Last) June   30   2005
Month ▲   Day▲   Year▲   Month ▲   Day▲   Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 212 ) 532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper   U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG **TX 6-206-680**



EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **8**  Day **16**  Year **05**

APPLICATION RECEIVED
AUG 16 2005

EXAMINED BY

ONE DEPOSIT RECEIVED
AUG 16 2005

CORRESPONDENCE     FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS**  ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

OIL DAILY    incorporating ENERGY ALERT      Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| July 2005 | 20 | 1529-4366 | 55 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**  Important: Give month, day, and year

(First) July    1    2005      (Last) July    29    2005
Month ▲  Day▲  Year▲          Month ▲  Day▲  Year▲

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown
Daytime telephone number ( 212 ) 532-3405 ext. 1124
Address (if other than given below)

Fax  212-532-4479    Email  dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown
Number/Street/Apt▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

Rt **TX 6-226-396**

#TX00006226396#

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **9** Day **27** Year **05**

APPLICATION RECEIVED
**SEP 27 2005**

ONE DEPOSIT RECEIVED
**SEP 27 2005**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER                                City / State ▼

*If no previous registration under identical title, check here ☐*

OIL DAILY    incorporating ENERGY ALERT        Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| August 2005 | 23 | 1529-4366 | 55 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP  *Important: Give month, day, and year*

(First) August 1 2005    (Last) August 31 2005
Month ▲ Day ▲ Year ▲          Month ▲ Day ▲ Year ▲

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown
Daytime telephone number   ( 212 ) 532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479    Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

*17 U.S.C. §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

000096                                                      000096                              000096

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-226-407**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

**OCT 0 7 2005**  Month  Day  Year

APPLICATION RECEIVED
**OCT 0 7 2005**

ONE DEPOSIT RECEIVED
*OCT 07 2005*

FEE RECEIVED ☐

EXAMINED BY *m*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼     City/State▼
☑ NEWSLETTER

If no previous registration under identical title, check here ☐

OIL DAILY     incorporating ENERGY ALERT     Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September 2005 | 21 | 1529-4366 | 55 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) September 1 2005   (Last) September 30 2005
Month ▲  Day▲  Year▲         Month ▲  Day▲  Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown
Daytime telephone number  ( 212 ) 532-3405 ext. 1124
Address (if other than given below)

Fax  212-532-4479     Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-257-042**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
**NOV 10 2005**
Month    Day    Year

APPLICATION RECEIVED
**NOV 10 2005**

ONE DEPOSIT RECEIVED
**NOV 10 2005**

EXAMINED BY *Aul*

CORRESPONDENCE ☐

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼        City/State ▼
                ☑ NEWSLETTER

*If no previous registration under identical title, check here ☐*

OIL DAILY        incorporating ENERGY ALERT                    Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| October 2005 | 21 | 1529-4366 | 55 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   *Important: Give month, day, and year*

(First) October      3        2005    (Last) October      31       2005
       Month ▲      Day ▲   Year ▲          Month ▲      Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*        Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown
Daytime telephone number   ( 212 ) 532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

- Complete all necessary spaces
- Sign your application

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-267-191**

*TX00006267191*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 12 | 21 | 05 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
DEC 21 2005

ONE DEPOSIT RECEIVED
DEC 21 2005

FEE RECEIVED

EXAMINED BY *me*

CORRESPONDENCE

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER    AS IT APPEARS ON THE COPIES ▼         City/State ▼

OIL DAILY        incorporating ENERGY ALERT                    Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| November 2005 | 20 | 1529-4366 | 55 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | November | 1 | 2005 | (Last) | November | 30 | 2005 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*        Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 212 ) 532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2,500.

000099                                000099                                000099

Rev: June 2002—20,000   Web Rev: June 2002   ♺ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below  The information on this certificate has
been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX  6-340-912**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 1 - 17 - 06 | | |

APPLICATION RECEIVED
1 - 17 - 06

ONE DEPOSIT RECEIVED
1 - 17 - 06

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

---

**1**

If no previous
registration under
identical title,
check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State▼

☐ NEWSLETTER

OIL DAILY     incorporating ENERGY ALERT                    Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| December 2005 | 21 | 1529-4366 | 55 |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave  NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other

---

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| | (First) December | 1 | 2005 | (Last) December | 30 | 2005 |
|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | Month ▲ | Day▲ | Year▲ |

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met  and that the statements made by me in this
application are correct to the best of my knowledge

Handwritten
signature (X) *Deborah A Brown*          Typed or printed
name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A Brown

Daytime telephone number   ( 212 ) 532-3405 ext 1124

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account
Energy Intelligence Group

---

Certificate
will be
mailed
in window
envelope
to this
address

Name▼
Energy Intelligence Group / Attn, Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3  Deposit material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington D C  20559-6000

Fees are subject to
change  For current
fees, check the
Copyright Office
website at
www.copyright.gov
write to the Copyright
Office  or call
(202) 707 3000

17 U S C  §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-286-047**

*TX6286286047B*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 02 | 08 | 06 |

APPLICATION RECEIVED
**FEB 0 8 2006**

ONE DEPOSIT RECEIVED
**FEB 0 8 2006**

FEE RECEIVED

EXAMINED BY *me*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State ▼
☒ NEWSLETTER

If no previous registration under identical title, check here ☐

| OIL DAILY | incorporating ENERGY ALERT | | | Washington, DC |
|-----------|----------------------------|--|--|----------------|

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---------------------------------|----------------------------------|--------|-----------|
| January 2006 | 20 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☒ Editing        ☐ Compilation        ☒ Text        ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | January | 3 | 2006 | (Last) | January | 31 | 2006 |
|---------|---------|---|------|--------|---------|----|----|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT

Name  Deborah A. Brown          Account number  DA083550

Daytime telephone number  ( 212 )532-3405 ext. 1124          Name of account  Energy Intelligence Group

Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

TX 6-340-550

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **3** Day **7** Year **06**

APPLICATION RECEIVED
MAR 0 7 2006

ONE DEPOSIT RECEIVED
MAR 0 7 2006

FEE RECEIVED

EXAMINED BY *AWD*

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

---

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER ☒ NEWSLETTER — AS IT APPEARS ON THE COPIES ▼

City/State ▼

**OIL DAILY** Incorporating ENERGY ALERT

Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| February 2006 | 19 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☒ Editing ☐ Compilation ☒ Text ☐ Other____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP  Important: Give month, day, and year

(First) February 1 2006  (Last) February 28 2006
Month ▲ Day ▲ Year ▲  Month ▲ Day ▲ Year ▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A. Brown

Daytime telephone number ( 212 )532-3405 ext. 1124

Address (if other than given below)

Fax  212-532-4479  Email  dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account  Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address.

Name ▼  Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼  5 East 37th Street, 5th Floor

City/State/ZIP ▼  New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

000102                    000102                    000102
Rev. June 2002—20,000  Web Rev. June 2002  ⊛ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-337-677**

*TX0006337677*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 04 | 07 | 06 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
APR 0 7 2006

ONE DEPOSIT RECEIVED
APR 0 7 2006

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☐ NEWSLETTER

*If no previous registration under identical title, check here ☐*

OIL DAILY   incorporating ENERGY ALERT   Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| March 2006 | 23 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150

AUTHOR'S CONTRIBUTION (check all that apply)

☒ Editing   ☐ Compilation   ☐ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day and year

| (First) | March | 1 | 2006 | (Last) | March | 31 | 2006 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 212 )532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the *Copyright Office* website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                     U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Ⓒ Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-058**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

MAY 8, 2006
Month    Day    Year

APPLICATION RECEIVED     5/8/06
ONE DEPOSIT RECEIVED     5/8/06

EXAMINED BY   *JRP*

CORRESPONDENCE ☐     FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE OF THIS** ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State ▼
☑ NEWSLETTER

*If no previous registration under identical title, check here ☐*

OIL DAILY   incorporating ENERGY ALERT          Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| April 2006 | 19 | 1529-4366 | 56 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1401 New York Ave NW #500
Washington, DC 20005-2150

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important. Give month, day, and year

(First) April    3    2006     (Last) April    28    2006
Month ▲   Day▲   Year▲          Month ▲   Day▲   Year▲

**CERTIFICATION†**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X)   *Deborah A Brown*     Typed or printed name of signer  Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A Brown
Daytime telephone number   ( 212  )532-3405 ext  1124
Address (if other than given below)

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

Fax   212-532-4479     Email   dbrown@energyintel com

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3  Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue  S.E.
Washington, D C 20559-6000

*17 U S C  §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2 500*

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper     U S Government Printing Office 2000-461 113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6—425—046**

*TX0064250464*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **6** Day **13** Year **06**

APPLICATION RECEIVED
JUN 1 3 2006

ONE DEPOSIT RECEIVED
JUN 1 3 2006

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼                City/State▼
                ☒ NEWSLETTER

*If no previous registration under identical title, check here ☐*

**OIL DAILY**   incorporating ENERGY ALERT                                Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| May 2006 | 22 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

**Energy Intelligence Group
1401 New York Ave. NW #500
Washington, DC 20005-2150**

AUTHOR'S CONTRIBUTION (check all that apply)

☒ Editing   ☐ Compilation   ☒ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) May  1  2006   (Last) May  31  2006
Month ▲  Day▲  Year▲        Month ▲  Day▲  Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer **Deborah A. Brown**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name **Deborah A. Brown**
Daytime telephone number ( **212** ) **532-3405 ext. 1124**
Address (if other than given below)
Fax **212-532-4479**   Email **dbrown@energyintel.com**

DEPOSIT ACCOUNT
Account number **DA083550**
Name of account **Energy Intelligence Group**

---

Certificate will be mailed in window envelope to this address

Name▼
**Energy Intelligence Group / Attn; Ms. Deborah A. Brown**

Number/Street/Apt ▼
**5 East 37th Street, 5th Floor**

City/State/ZIP▼
**New York, NY 10016-2807**

- Complete all necessary spaces
- Sign your application

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX  6－425－037**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **7**  Day **25**  Year **06**

APPLICATION RECEIVED
**JUL 2 5 2006**

EXAMINED BY  *AuB*

CORRESPONDENCE ☐

ONE DEPOSIT RECEIVED
**JUL 2 5 2006**

FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE OF THIS** ☐ NEWSPAPER   **AS IT APPEARS ON THE COPIES ▼**   City/State▼
☑ NEWSLETTER

If no previous registration under identical title, check here ☐

**OIL DAILY**   incorporating ENERGY ALERT   Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▲ |
|---|---|---|---|
| June  2006 | 22 | 1529-4366 | 56 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1411 K Street NW#602
Washington, DC 20005-3404

**AUTHOR'S CONTRIBUTION (check all that apply)**
☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month, day, and year

(First) June   1   2006   (Last) June   30   2006
Month ▲   Day ▲   Year▲   Month ▲   Day▲   Year▲

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*   Typed or printed name of signer  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  **Deborah A. Brown**

Daytime telephone number  ( **212** )**532-3405 ext. 1124**

Address (if other than given below)

Fax  **212-532-4479**   Email  **dbrown@energyintel.com**

**DEPOSIT ACCOUNT**

Account number  **DA083550**

Name of account  **Energy Intelligence Group**

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-431-332**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

**9 - 15 - 06**
Month       Day       Year

APPLICATION RECEIVED
**SEP 15 2006**

ONE DEPOSIT RECEIVED
**SEP 15 2006**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼                                City/State ▼
               ☑ NEWSLETTER

If no previous registration under identical title check here ☐

**OIL DAILY**         incorporating **ENERGY ALERT**                        **Washington, DC**

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| July 2006 | 19 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington DC 20005-3404

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month day and year

(First) July     5     2006        (Last) July     31     2006
      Month ▲   Day ▲  Year ▲            Month ▲   Day ▲   Year ▲

CERTIFICATION*   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*        Typed or printed name of signer  Deborah A  Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A  Brown

Daytime telephone number  ( 212 )532-3405 ext  1124

Address (if other than given below)

Fax  212-532-4479      Email  dbrown@energyintel com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account  Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
Complete all necessary spaces
Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue S E
Washington D C  20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT O

**TX 6-431-344**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

9 - 15 - 06
Month      Day      Year

APPLICATION RECEIVED
SEP 15 2006

ONE DEPOSIT RECEIVED
SEP 15 2006

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼           City/State▼
☑ NEWSLETTER

*If no previous registration under identical title check here ☐*

OIL DAILY   incorporating ENERGY ALERT           Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| August  2006 | 23 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington  DC 20005-3404

AUTHOR S CONTRIBUTION (check all that apply)
☑ Editing     ☐ Compilation     ☑ Text     ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP  Important Give month day and year

(First) August        1        2006      (Last) August        31        2006
        Month ▲    Day▲    Year▲              Month ▲    Day▲    Year▲

CERTIFICATION*   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*      Typed or printed name of signer  Deborah A  Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A  Brown

Daytime telephone number  ( 212  )532-3405 ext 1124

Address (if other than given below)

Fax  212-532-4479      Email  dbrown@energyintel com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

| Certificate will be mailed in window envelope to this address | Name▼ Energy Intelligence Group / Attn Ms Deborah A  Brown |
|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street  5th Floor |
| | City/State/ZIP▼ New York  NY 10016-2807 |

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington D C 20559 6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ⑯ Printed on recycled paper                U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-456-925**

TX0006456925

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

10        19        06
Month        Day        Year

**APPLICATION RECEIVED**
OCT 1 9 2006

**ONE DEPOSIT RECEIVED**
OCT 1 9 2006

EXAMINED BY *me*

CORRESPONDENCE ☐

**FEE RECEIVED**

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ NEWSPAPER   ☑ NEWSLETTER    **AS IT APPEARS ON THE COPIES ▼**                                  City/State▼

OIL DAILY        incorporating ENERGY ALERT                           Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September  2006 | 20 | 1529-4366 | 56 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group
1411 K Street NW#602
Washington  DC 20005-3404

**AUTHOR S CONTRIBUTION (check all that apply)**

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month  day  and year

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (First) | September | 1 | 2006 | (Last) | September | 29 | 2006 |
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

**CERTIFICATION**   I, the undersigned  hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*        Typed or printed name of signer   Deborah A  Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   **Deborah A  Brown**

Daytime telephone number   ( 212  )532-3405 ext  1124

Address (if other than given below) _____

Fax   212 532-4479        Email   dbrown@energyintel com

**DEPOSIT ACCOUNT**

Account number   **DA083550**

Name of account   **Energy Intelligence Group**

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP▼
New York  NY 10016-2807

Complete all necessary spaces
Sign your application

1  Application form
2  Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3  Deposit material

Library of Congress, Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

*Fees are subject to change  For current fees  check the Copyright Office website at www.copyright.gov  write the Copyright Office  or call (202) 707-3000*

---

17 U S C §506(e)  Any person who knowingly makes a false representation  of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-508-701**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **11**   Day **7**   Year **06**

APPLICATION RECEIVED   NOV 0 4 2006

ONE DEPOSIT RECEIVED   NOV 0 7 2006

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1

If no previous registration under identical title check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

OIL DAILY   incorporating ENERGY ALERT   Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| October 2006 | 22 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#802
Washington DC 20005 3404

AUTHOR'S CONTRIBUTION (check all that apply)
☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important  Give month  day  and year

(First) October   2   2006   (Last) October   31   2006
Month ▲   Day▲   Year▲   Month ▲   Day▲   Year▲

CERTIFICATION    I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Deborah A Brown*   Typed or printed name of signer   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A Brown

Daytime telephone number   ( 212 ) 532 3405 ext  1124

Address (if other than given below)

Fax   212 532-4479   Email   dbrown@energyintel com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown
Number/Street/Apt ▼
5 East 37th Street  5th Floor
City/State/ZIP▼
New York  NY 10016 2807

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington D C 20559-6000

17 U S C §506(e)  Any person who knowingly makes a false representation  of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGI

**TX 6-505-161**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **12** Day **12** Year **06**

APPLICATION RECEIVED
DEC 1 2 2006

EXAMINED BY *AWD*

ONE DEPOSIT RECEIVED
DEC 1 2 2006

CORRESPONDENCE ☐

FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**  TITLE OF THIS ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼    City/State▼
☐ NEWSLETTER

*If no previous registration under identical title, check here ☐*

OIL DAILY    incorporating ENERGY ALERT    Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| November 2006 | 20 | 1529-4366 | 56 |

**2**  NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington, DC 20005-3404

AUTHOR'S CONTRIBUTION (check all that apply)
☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

**3**  DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) November 1 2006  (Last) November 30 2006
Month ▲  Day▲  Year▲      Month ▲  Day▲  Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number  ( 212 )532-3405 ext. 1124
Address (if other than given below)

Fax  212-532-4479   Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼  Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼  5 East 37th Street, 5th Floor
City/State/ZIP▼  New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

R  **TX 6-508-675**

TX0006508675

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

01   22   07
Month   Day   Year

APPLICATION RECEIVED
JAN 2 2 2007

ONE DEPOSIT RECEIVED
JAN 2 2 2007

FEE RECEIVED

EXAMINED BY  *mo*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

*If no previous registration under identical title check here ☐*

TITLE OF THIS   ☑ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State▼
☑ NEWSLETTER

OIL DAILY          incorporating ENERGY ALERT                Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| December 2006 | 20 | 1529-4366 | 56 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington  DC 20005 3404

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | December | 1 | 2006 | (Last) | December | 29 | 2006 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

CERTIFICATION   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*          Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown
Daytime telephone number   ( 212 )532 3405 ext 1124
Address (if other than given below)

Fax   212 532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street 5th Floor
City/State/ZIP▼
New York NY 10016-2807

YOU MUST
Complete all necessary spaces
Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.

Rev June 2002—20,000  Web Rev June 2002  ♻ Printed on recycled paper              U.S. Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-550-424**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

2-16-07
Month    Day    Year

APPLICATION RECEIVED
FEB 1 6 2007
ONE DEPOSIT RECEIVED
FEB 1 6 2007
FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

TITLE OF THIS ☐ NEWSPAPER AS IT APPEARS ON THE COPIES ▼ ☑ NEWSLETTER

City/State ▼

If no previous registration under identical title, check here ☐

**OIL DAILY** Incorporating ENERGY ALERT    Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| January 2007 | 21 | 1529-4366 | 57 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington DC 20005-3404

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other _____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First) January    2    2007    (Last) January    31    2007
Month ▲    Day ▲    Year ▲        Month ▲    Day ▲    Year ▲

CERTIFICATION*    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer    Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name    Deborah A Brown
Daytime telephone number ( 212 )532-3405 ext 1124
Address (if other than given below) _____
Fax    212 532-4479    Email    dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number    DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn Ms Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street 5th Floor
City/State/ZIP ▼
New York NY 10016-2807

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress, Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6—550—616**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **4** Day **9** Year **07**

APPLICATION RECEIVED
APR 0 9 2007

ONE DEPOSIT RECEIVED
APR 0 9 2007

EXAMINED BY

CORRESPONDENCE

FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

*If no previous registration under identical title check here* ☐

TITLE OF THIS ☐ NEWSPAPER / ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼   City/State ▼

**OIL DAILY**   incorporating ENERGY ALERT   Washington DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| February 2007 | 19 | 1529-4366 | 57 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington DC 20005 3404

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month day and year

(First) February / 1 / 2007   (Last) February / 28 / 2007
Month ▲   Day ▲   Year ▲         Month ▲   Day ▲   Year ▲

**CERTIFICATION**   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A Brown
Daytime telephone number ( 212 )532 3405 ext 1124
Address (if other than given below)

Fax  212 532-4479   Email  dbrown@energyintel com

DEPOSIT ACCOUNT
Account number DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown
Number/Street/Apt ▼
5 East 37th Street  5th Floor
City/State/ZIP ▼
New York  NY 10016 2807

**YOU MUST**
Complete all necessary spaces
Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C  20559-6000

Form is mailed in b y f irst cl ass to a space below Copyright Off www copyright gov on or call (202) 707-3000

17 U S C §506(e) Any person who knowingly makes a false represent on of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the applicat on  shall be f ned not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-550-614**

TX0006550614

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month 4 | Day 9 | Year 07 |

APPLICATION RECEIVED
APR 0 9 2007

ONE DEPOSIT RECEIVED
APR 0 9 2007

FEE RECEIVED

EXAMINED BY  *AWD*

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1

If no previous registration under identical title check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼           City/State▼
                ☑ NEWSLETTER

OIL DAILY            incorporating ENERGY ALERT                    Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| March  2007 | 22 | 1529-4366 | 57 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington  DC 20005 3404

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important  Give month  day  and year

(First)  March         1         2007        (Last)  March         30        2007
         Month ▲     Day▲      Year▲                Month ▲     Day▲      Year▲

CERTIFICATION    I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application  that all the conditions specified in the instructions on the back of this form are met  and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*      Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A Brown

Daytime telephone number  ( 212 )532 3405 ext  1124

Address (if other than given below)

Fax  212 532-4479      Email  dbrown@energyintel com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP▼
New York  NY 10016 2807

YOU MUST
Complete all necessary spaces
Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Cong ess  Copyright Office
101 Independence A enue  S E
Washington  D C  20559-6000

17 U S C  §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for  by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev  June 2002   ⓟ Printed on recycled paper                    U S  Gove nment P nting Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG*

**TX 6-587-006**

*TX0006587006*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| JUNE | 15 | 2007 |
|------|-----|------|
| Month | Day | Year |

APPLICATION RECEIVED
~~MAY 22 2007~~

ONE DEPOSIT RECEIVED   06-15-2007
~~MAY 22 2007~~

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE  X

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**
If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

OIL DAILY   incorporating ENERGY ALERT   Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| April 2007 | 20 | 1529-4366 | 57 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington, DC 20005-3404

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (First) | April | 2 | 2007 | (Last) | April | 30 | 2007 |
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 212 )532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Energy Intelligence Group / Attn: Ms. Deborah A. Brown |
| Number/Street/Apt ▼ |
| 5 East 37th Street, 5th Floor |
| City/State/ZIP ▼ |
| New York, NY 10016-2807 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

000116   000116   000116

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper   U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE   **TX 6-564-745**

*TX0006564745*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 6 | 18 | 07 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
JUN 1 8 2007

ONE DEPOSIT RECEIVED
JUN 1 8 2007

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE**

**1**

*If no previous registration under identical title check here ☐*

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

OIL DAILY   incorporating ENERGY ALERT   Washington  DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| May  2007 | 22 | 1529-4366 | 57 |

**2**   NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington  DC 20005-3404

AUTHOR S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other _____

**3**   DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month  day  and year

| (First) | May | 1 | 2007 | (Last) | May | 31 | 2007 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

**CERTIFICATION**    I  the undersigned  hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application  that all the conditions specified in the instructions on the back of this form are met  and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*    Typed or printed name of signer  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A Brown

Daytime telephone number  ( 212 )532 3405 ext  1124

Address (if other than given below) _____

Fax   212 532-4479    Email   dbrown@energyintel com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account _____
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn  Ms  Deborah A  Brown

Number/Street/Apt ▼
5 East 37th Street  5th Floor

City/State/ZIP ▼
New York  NY 10016-2807

Complete all necessary spaces
Sign your application

1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to change For current fees  check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

17 U S C  §505(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev June 2002  ⊛ Printed on recycled paper     U S Government Printing Office  2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGIS : **TX 6-626-689**

*TX0006626689*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 08 | 09 | 07 |
|----|----|----|
| Month | Day | Year |

APPLICATION RECEIVED    AUG 0 9 2007

ONE DEPOSIT RECEIVED    AUG 0 9 2007

FEE RECEIVED

EXAMINED BY
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
                ☑ NEWSLETTER                                        City/State▼

**OIL DAILY**   incorporating ENERGY ALERT          Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| June 2007 | 21 | 1529-4366 | 57 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington, DC 20005-3404

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) | June | 1 | 2007 |   (Last) | June | 29 | 2007
        | Month ▲ | Day▲ | Year▲ |          | Month ▲ | Day▲ | Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 212  )532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change, for current fees, check the Copyright Office website at www.copyright.gov, write to Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☺ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE   **TX 6-626-690**

*TX0006266906*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 08 | 09 | 07 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED   AUG 0 9 2007

ONE DEPOSIT RECEIVED   AUG 0 9 2007

FEE RECEIVED

EXAMINED BY   *me*

CORRESPONDENCE

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

OIL DAILY   incorporating ENERGY ALERT   Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| July 2007 | 21 | 1529-4366 | 57 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW #602
Washington, DC 20005-3404

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   *Important: Give month, day, and year*

(First) July   2   2007   (Last) July   31   2007
Month ▲   Day ▲   Year ▲         Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A. Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 212 )532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Form are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev: June 2002   ⊚ Printed on recycled paper   U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-626-278**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|---|---|---|
| 10 | 11 | 07 |

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

FEE RECEIVED

EXAMINED BY *mc*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼   City/State ▼

*If no previous registration under identical title, check here ☐*

**OIL DAILY** Incorporating ENERGY ALERT   Washington, DC

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| August 2007 | 23 | 1529-4366 | 57 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group
1411 K Street NW#602
Washington, DC 20005-3404

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other _____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month, day, and year

(First) | August | 1 | 2007 | (Last) | August | 31 | 2007
Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer **Deborah A Brown**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name **Deborah A. Brown**
Daytime telephone number ( 212 )532-3405 ext 1124
Address (if other than given below):

Fax 212-532-4479   Email dbrown@energyintel com

DEPOSIT ACCOUNT
Account number DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼ Energy Intelligence Group / Attn: Ms Deborah A Brown
Number/Street/Apt ▼ 5 East 37th Street, 5th Floor
City/State/ZIP ▼ New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

000120                    000120                    000120

Rev June 2002—20,000  Web Rev June 2002  ☙ Printed on recycled paper                    U S Government Printing Office 2000-461-113/20,021