AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

CV12-05867

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S.D.C., Central District of California, Western Div. |
| DOCKET NO. | DATE FILED |
| | 7/6/2012 |
| PLAINTIFF | DEFENDANT |
| Energy Intelligence Group, Inc.; and, Energy Intelligence Group (UK) Limited | Plains All American Pipeline L.P. and Plains Marketing, L.P. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | OIL DAILY (See attached list for Reg. Nos.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order   ☐ Judgment | ☐ Yes   ☒ No | 11/21/2012 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| TERRY NAFISI | G. Kami | 11/21/2012 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

ORIGINAL

Attachment to Form A0121
Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited

- No. TX 5-051-139 for Edition 49 covering issues published in December 1999;
- No. TX 5-051-661 for Edition 50 covering issues published in January 2000;
- No. TX 5-078-331 for Edition 50 covering issues published in February 2000;
- No. TX 5-096-740 for Edition 50 covering issues published in March 2000;
- No. TX 5-105-339 for Edition 50 covering issues published in April 2000;
- No. TX 5-108-476 for Edition 50 covering issues published in May 2000;
- No. TX 5-156-597 for Edition 50 covering issues published in June 2000;
- No. TX 5-165-282 for Edition 50 covering issues published in July 2000;
- No. TX 5-164-292 for Edition 50 covering issues published in August 2000;
- No. TX 5-228-973 for Edition 50 covering issues published in September 2000;
- No. TX 5-214-086 for Edition 50 covering issues published in October 2000;
- No. TX 5-268-435 for Edition 50 covering issues published in November 2000;
- No. TX 5-299-172 for Edition 50 covering issues published in December 2000;
- No. TX 5-319-209 for Edition 51 covering issues published in January 2001;
- No. TX 5-358-057 for Edition 51 covering issues published in February 2001;
- No. TX 5-403-130 for Edition 51 covering issues published in March 2001;
- No. TX 5-369-240 for Edition 51 covering issues published in April 2001;
- No. TX 6-167-645 for Edition 51 covering issues published in May 2001;
- No. TX 6-166-950 for Edition 51 covering issues published in June 2001;
- No. TX 6-167-644 for Edition 51 covering issues published in July 2001;
- No. TX 6-167-641 for Edition 51 covering issues published in August 2001;
- No. TX 6-233-147 for Edition 51 covering issues published in September 2001;
- No. TX 6-167-664 for Edition 51 covering issues published in October 2001;
- No. TX 5-500-760 for Edition 51 covering issues published in November 2001;
- No. TX 5-500-759 for Edition 51 covering issues published in December 2001;
- No. TX 5-522-483 for Edition 52 covering issues published in January 2002;
- No. TX 5-522-487 for Edition 52 covering issues published in February 2002;
- No. TX 5-572-809 for Edition 52 covering issues published in March 2002;
- No. TX 5-572-802 for Edition 52 covering issues published in April 2002;
- No. TX 6-166-944 for Edition 52 covering issues published in May 2002;
- No. TX 6-167-650 for Edition 52 covering issues published in June 2002;
- No. TX 6-167-648 for Edition 52 covering issues published in July 2002;
- No. TX 6-167-647 for Edition 52 covering issues published in August 2002;
- No. TX 6-167-656 for Edition 52 covering issues published in September 2002;
- No. TX 6-167-643 for Edition 52 covering issues published in October 2002;
- No. TX 6-167-642 for Edition 52 covering issues published in November 2002;
- No. TX 6-167-663 for Edition 52 covering issues published in December 2002;
- No. TX 6-166-949 for Edition 53 covering issues published in January 2003;
- No. TX 6-166-946 for Edition 53 covering issues published in February 2003;
- No. TX 6-177-492 for Edition 53 covering issues published in March 2003;
- No. TX 6-166-947 for Edition 53 covering issues published in April 2003;

- No. TX 6-166-945 for Edition 53 covering issues published in May 2003;
- No. TX 6-167-655 for Edition 53 covering issues published in June 2003;
- No. TX 6-226-382 for Edition 53 covering issues published in July 2003;
- No. TX 6-167-666 for Edition 53 covering issues published in August 2003;
- No. TX 6-167-657 for Edition 53 covering issues published in September 2003;
- No. TX 6-167-658 for Edition 53 covering issues published in October 2003;
- No. TX 6-166-948 for Edition 53 covering issues published in November 2003;
- No. TX 6-167-665 for Edition 53 covering issues published in December 2003;
- No. TX 6-167-652 for Edition 54 covering issues published in January 2004;
- No. TX 6-167-651 for Edition 54 covering issues published in February 2004;
- No. TX 6-167-649 for Edition 55 covering issues published in March 2004;
- No. TX 6-052-766 for Edition 54 covering issues published in April 2004;
- No. TX 6-052-764 for Edition 54 covering issues published in May 2004;
- No. TX 6-052-767 for Edition 54 covering issues published in June 2004;
- No. TX 6-052-513 for Edition 54 covering issues published in July 2004;
- No. TX 6-052-765 for Edition 54 covering issues published in August 2004;
- No. TX 6-052-758 for Edition 54 covering issues published in September 2004;
- No. TX 6-052-761 for Edition 54 covering issues published in October 2004;
- No. TX 6-099-059 for Edition 54 covering issues published in November 2004;
- No. TX 6-099-058 for Edition 54 covering issues published in December 2004;
- No. TX 6-152-002 for Edition 55 covering issues published in January 2005;
- No. TX 6-185-812 for Edition 55 covering issues published in February 2005;
- No. TX 6-167-638 for Edition 55 covering issues published in March 2005;
- No. TX 6-176-605 for Edition 55 covering issues published in April 2005;
- No. TX 6-172-297 for Edition 55 covering issues published in May 2005;
- No. TX 6-206-684 for Edition 55 covering issues published in June 2005;
- No. TX 6-206-680 for Edition 55 covering issues published in July 2005
- No. TX 6-226-396 for Edition 55 covering issues published in August 2005;
- No. TX 6-226-407 for Edition 55 covering issues published in September 2005;
- No. TX 6-257-042 for Edition 55 covering issues published in October 2005;
- No. TX 6-267-191 for Edition 55 covering issues published in November 2005;
- No. TX 6-340-912 for Edition 55 covering issues published in December 2005;
- No. TX 6-286-047 for Edition 56 covering issues published in January 2006;
- No. TX 6-340-550 for Edition 56 covering issues published in February 2006;
- No. TX 6-337-677 for Edition 56 covering issues published in March 2006;
- No. TX 6-782-058 for Edition 56 covering issues published in April 2006;
- No. TX 6-425-046 for Edition 56 covering issues published in May 2006;
- No. TX 6-425-037 for Edition 56 covering issues published in June 2006;
- No. TX 6-431-332 for Edition 56 covering issues published in July 2006;
- No. TX 6-431-344 for Edition 56 covering issues published in August 2006;
- No. TX 6-456-925 for Edition 56 covering issues published in September 2006;
- No. TX 6-508-701 for Edition 56 covering issues published in October 2006;
- No. TX 6-505-161 for Edition 56 covering issues published in November 2006;
- No. TX 6-508-675 for Edition 56 covering issues published in December 2006;
- No. TX 6-550-424 for Edition 57 covering issues published in January 2007;
- No. TX 6-550-616 for Edition 57 covering issues published in February 2007;

- No. TX 6-550-614 for Edition 57 covering issues published in March 2007;
- No. TX 6-587-006 for Edition 57 covering issues published in April 2007;
- No. TX 6-564-745 for Edition 57 covering issues published in May 2007;
- No. TX 6-626-689 for Edition 57 covering issues published in June 2007;
- No. TX 6-626-690 for Edition 57 covering issues published in July 2007;
- No. TX 6-626-278 for Edition 57 covering issues published in August 2007;
- No. TX 6-626-280 for Edition 57 covering issues published in September 2007;
- No. TX 6-648-210 for Edition 57 covering issues published in October 2007;
- No. TX 6-645-633 for Edition 57 covering issues published in November 2007;
- No. TX 6-645-632 for Edition 57 covering issues published in December 2007;
- No. TX 6-646-218 for Edition 58 covering issues published in January 2008;
- No. TX 6-648-381 for Edition 58 covering issues published in February 2008;
- No. TX 6-648-380 for Edition 58 covering issues published in March 2008;
- No. TX 6-647-038 for Edition 58 covering issues published in April 2008;
- No. TX 6-647-107 for Edition 58 covering issues published in May 2008;
- No. TX 6-648-007 for Edition 58 covering issues published in June 2008;
- No. TX 6-662-761 for Edition 58 covering issues published in July 2008;
- No. TX 6-665-575 for Edition 58 covering issues published in August 2008;
- No. TX 6-680-142 for Edition 58 covering issues published in September 2008;
- No. TX 6-662-749 for Edition 58 covering issues published in October 2008;
- No. TX 6-664-308 for Edition 58 covering issues published in November 2008;
- No. TX 6-664-309 for Edition 58 covering issues published in December 2008;
- No. TX 6-647-241 for Edition 59 covering issues published in January 2009;
- No. TX 6-631-529 for Edition 59 covering issues published in February 2009;
- No. TX 6-647-244 for Edition 59 covering issues published in March 2009;
- No. TX 6-665-630 for Edition 59 covering issues published in April 2009;
- No. TX 6-631-518 for Edition 59 covering issues published in May 2009;
- No. TX 6-631-525 for Edition 59 covering issues published in June 2009;
- No. TX 6-685-271 for Edition 59 covering issues published in July 2009;
- No. TX 6-684-118 for Edition 59 covering issues published in August 2009;
- No. TX 6-701-938 for Edition 59 covering issues published in September 2009;
- No. TX 6-701-939 for Edition 59 covering issues published in October 2009;
- No. TX 6-702-127 for Edition 59 covering issues published in November 2009;
- No. TX 6-702-124 for Edition 59 covering issues published in December 2009;
- No. TX 6-701-924 for Edition 60 covering issues published in January 2010;
- No. TX 6-701-927 for Edition 60 covering issues published in February 2010;
- No. TX 6-703-824 for Edition 60 covering issues published in March 2010;
- No. TX 6-703-826 for Edition 60 covering issues published in April 2010;
- No. TX 6-704-578 for Edition 60 covering issues published in May 2010;
- No. TX 6-704-734 for Edition 60 covering issues published in June 2010;
- No. TX 6-705-213 for Edition 60 covering issues published in July 2010;
- No. TX 6-770-133 for Edition 60 covering issues published in August 2010;
- No. TX 6-770-132 for Edition 60 covering issues published in September 2010;
- No. TX 6-772-066 for Edition 60 covering issues published in October 2010;
- No. TX 6-771-213 for Edition 60 covering issues published in November 2010;
- No. TX 6-778-772 for Edition 60 covering issues published in December 2010;

- No. TX 6-776-062 for Edition 61 covering issues published in January 2011;
- No. TX 6-776-069 for Edition 61 covering issues published in February 2011;
- No. TX 6-779-252 for Edition 61 covering issues published in March 2011;
- No. TX 6-779-251 for Edition 61 covering issues published in April 2011;
- No. TX 6-779-316 for Edition 61 covering issues published in May 2011;
- No. TX 6-776-025 for Edition 61 covering issues published in June 2011;
- No. TX 6-782-122 for Edition 61 covering issues published in July 2011;
- No. TX 6-774-709 for Edition 61 covering issues published in August 2011;
- No. TX 6-780-004 for Edition 61 covering issues published in September 2011;
- No. TX 6-780-005 for Edition 61 covering issues published in October 2011;
- No. TX 6-782-123 for Edition 61 covering issues published in November 2011; and
- No. TX 6-782-124 for Edition 61 covering issues published in December 2011.